584 A.2d 214

LIQUI–BOX CORPORATION v. ESTATE OF SIDNEY ELKMAN.

May 15, 1990.

Petition for certification denied. (See 238 *N.J.Super.* 588, 570 *A.*2d 472)

584 A.2d 214

JOHN CASIMIR ZAMKOTOWICZ v. PHILLIPS CONCRETE AND FLOYD MCVAY AND ABC CORPORATION.

May 15, 1990.

Petition for certification denied.

584 A.2d 214

JAYBER, INC. v. MUNICIPAL COUNCIL OF THE TOWNSHIP OF WEST ORANGE AND MR. AND MRS. JOHN BELEJACK.

May 15, 1990.

Petition for certification denied. (See 238 *N.J.Super.* 165, 569 *A.*2d 304)

584 A.2d 215

JAYBER, INC., v. MUNICIPAL COUNCIL OF THE TOWNSHIP OF WEST ORANGE AND MR. AND MRS. JOHN BELEJACK.

May 15, 1990.

Petition for certification denied. (See 238 *N.J.Super.* 165, 569 *A.*2d 304)